MONA M. MOTWANI, State Bar No. 239677
monam@lawfoundation.org
ANNETTE D. KIRKHAM, State Bar No. 217958
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, CA 95113
Telephone:  (408) 280-2448
Facsimile:   (408) 293-0106

BART E. VOLKMER, State Bar No. 223732
BRIAN DANITZ, State Bar No. 247403
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
bdanitz@wsgr.com

Attorneys for Plaintiff
JUAN CUEVAS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose)

| | |
|---|---|
| JUAN CUEVAS, | ) Case No.  C07-02814 JF |
| | ) |
| Plaintiff, | ) **CASE MANAGEMENT** |
| | ) **CONFERENCE STATEMENT AND** |
| v. | ) **[PROPOSED] ORDER** |
| | ) |
| ALTAS REALTY/FINANCIAL | ) DATE:    August 31, 2007 |
| SERVICES, INCORPORATED, a | ) TIME:    10:30 A.M. |
| California corporation, dba ATLAS | ) ROOM:  3 |
| REALTY, dba ATLAS FINANCIAL | ) JUDGE:   Honorable Jeremy Fogel |
| SERVICES, ALVIN CLAIR | ) |
| SILBERNAGEL, SAMANTHA | ) |
| TREVINO,  WORLD SAVINGS, INC, | ) |
| dba WORLD SAVINGS BANK, FSB, | |
| and DOES 1 to 100, | |
| | |
| | |
| Defendants. | |
| _____ | ) |

Plaintiff submits this Case Management Statement.  Plaintiffs are represented by Fair Housing Law Project of the Law Foundation of the Silicon Valley and Wilson Sonsini Goodrich & Rosati.

## DESCRIPTION OF THE CASE

**1.     Jurisdiction and Service:**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff has alleged causes of action for violations of the Federal Truth in Lending Act, pursuant to 15 U.S.C. § 1601 *et seq*.

This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to hear and determine Plaintiff's state law claims because those claims are related to Plaintiff's federal claims, arise out of a common nucleus of operative facts and form part of the same case or controversy under Article III of the United States Constitution.

No issues exist regarding personal jurisdiction or venue.  None of the parties have been served with this complaint as of the date of this statement.

**2.     A Brief Description of Events Underlying the Action:**

***Plaintiffs' Description of the Case:***

This is a predatory lending case in which plaintiff alleges that defendants acted in concert to defraud plaintiff Juan Cuevas, a fifty-nine year-old Spanish speaking man of Mexican heritage, of his home.  Plaintiff met with Defendant Samantha Trevino, a loan officer and licensed salesperson with Atlas Realty/Financial Services Incorporated to refinance their home in May of 2006.  Defendants, acting through Defendant Samantha Trevino, executed a classic "bait and switch" routine by promising one thing during their discussions, which occurred in Spanish, then taking advantage of Plaintiff's limited ability to read and write English and having him sign

documents written in English that did not reflect the terms and conditions promised by Defendants.

Defendant Trevino never advised Mr. Cuevas of a number of salient facts regarding the true nature of the transaction, including the fact that the loan was a negatively amortizing loan, meaning that the payments had not been set sufficiently high to pay off the interest as it accrued on the loan, that the amount Mr. Cuevas needed to pay each month to prevent the principal from increasing was $3,100 – nearly $400 *more* than the $2755 monthly payment he was originally seeking to reduce;  that Mr. Cuevas' monthly payment could increase *every month* after the inception of the loan, not just once per year; and that the prepayment penalty on his existing loan was $10,253, not $7,000.  Plaintiff, therefore, alleges that the true terms of this transaction were misrepresented to him at the closing.

Further, Mr. Cuevas alleges that he was not given accurate disclosures relating to the aforementioned transaction, in violation of state and federal law.  After Plaintiff signed the closing documents of the aforementioned transaction, Defendants provided him with unsigned copies of the document notifying him of his right to rescind which contained contradictory and confusing information.  Specifically, the transaction date and the expiration date were incorrectly entered creating the impression that Mr. Cuevas had more time in which to rescind.  Defendants later made handwritten changes to these dates and then forged Mr. Cuevas' initials on the documents to make the record in the file appear as though Mr. Cuevas had received the proper statutory notice of his rescission rights.  In fact, Mr. Cuevas never received a copy of the "corrected" notice of right to rescind nor was he ever notified of these changes.

Adding to the confusion, funds were disbursed to Mr. Cuevas prior to the expiration of the noticed rescission period.  Mr. Cuevas is now forced to file the instant action to avoid losing his home and recover damages caused by the fraudulent conduct and statutory violations engaged in by Defendants.

***Defendants Description of the Case:***

Not available at this time.

2.    **Principle Factual Issues in Dispute:**

a.    Whether Defendants acted in concert to defraud Plaintiff of his home;

b.    Whether all communications between Plaintiff and Defendant Trevino were exclusively in Spanish;

c.    Whether Defendant Trevino told Plaintiff that payments on the new loan would be $1800 per month including taxes and insurance;

d.    Whether Defendant Trevino told Plaintiff that the interest rate would only go up once every year and that the payment would only go up by $100-$200 for each of the first 5 years;

e.    Whether Defendant Trevino assured Plaintiff that it was in Plaintiff's best interest to refinance in May of 2006 rather than wait until after November of 2006, when the prepayment penalty on his preexisting loan expired;

f.    Whether Defendants steered Plaintiff into a loan that they knew Plaintiff could not afford;

g.    Whether Defendant Trevino knowingly falsified Plaintiff's income and other information on the loan application;

h.    Whether initials allegedly placed by Plaintiff on the signed Truth in Lending disclosure by, dated June 2, 2006, were forged by Defendants.


3.    **Principle Legal Issues In Dispute:**

a.    Whether defendants violated the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, and its implementing regulations, Federal Reserve Board Regulation Z, 12 C.F.R. § 226;

b.    Whether defendants violated the California Civil Code § 1632;

c.    Whether defendants Atlas, Trevino and Silbernagel fraudulently induced plaintiff to enter into the May 31, 2006 mortgage transaction;

d.    Whether defendants Atlas, Trevino and Silbernagel breached their fiduciary duty to plaintiff.

e.    Whether defendants violated California Business and Professions Code

§ 17200 *et seq.*

      f.    Whether defendants intentionally inflicted emotional distress upon plaintiff.

      g.    Whether defendants were negligent.

      h.    Whether defendants violated California Civil Code § 1750 *et seq.*

      i.    Whether defendants were unjustly enriched at the expense of plaintiff.

**4.    <u>Motions:</u>**

    There are no prior or pending motions at this time.

**5.    <u>Amendments of Pleadings:</u>**

    Plaintiff intends to amend his complaint on or before August 31, 2007.

**6.    <u>Evidence Preservation:</u>**

    Plaintiffs request that Defendants retain all currently existing documents and computer files relating to the mortgage transaction in question.

**7.    <u>The Parties Certify that They Have Made the Following Disclosures:</u>**

    Pursuant to the Case Management Scheduling Order issued on May 30, 2007, the Parties were asked to complete their FRCP Rule 26(a) initial disclosures by no later than August 24, 2007.

    Plaintiff did not complete initial disclosures by this date because the complaint has not yet been served until August 24, 2007.

**8.    <u>Discovery:</u>**

    Plaintiffs and Defendants have not agreed to a Discovery plan as Defendants have not been served yet.

**9.    <u>Class Actions:</u>**

    This case is not a class action.

**10.     Related Cases:**

There are no related cases or proceedings pending before another judge of this court, or before another court or administrative body.

**11.     Relief:**

Plaintiff Cuevas is seeking cancellation of the Deed of Trust and any and all mortgage documents dated May 31, 2006; rescission of the Deed of Trust and any and all mortgage documents dated May 31, 2006 and any and all agreements or contracts that made up the fraudulent transaction at issue;  an accounting, restitution and/or disgorgement;  compensatory and general damages;  special damages;  punitive and exemplary damages according to proof; statutory damages pursuant to the Truth In Lending Act;  costs and reasonable attorneys' fees;  prejudgment interest;  injunctive relief;  and such other and further relief as the Court deems proper.

**12.     The Parties have Filed a Stipulation and Proposed Order Selecting an ADR Process:**

Plaintiffs have not yet met and conferred with defendants since service has not yet occurred.  However, plaintiffs are agreeable to mediation.

**13.     Other References:**

Since plaintiffs have a claim for injunctive relief, this case is not appropriate for referral to binding arbitration.

**14.     Narrowing of Issues:**

Not at this time.

**15.     Expedited Schedule:**

Not at this time.

**16.     Scheduling:**

None at this time.

**17.     Trial:**

Plaintiff has requested that this case be tried before a jury.  Plaintiff estimates 7-10 full court days for trial.

1

**18:**    <u>**Disclosure of Non-party Interested Entities or Persons**</u>**:**

2        Plaintiff has not yet filed the Certification of Interested Entities or Persons.

3    Plaintiff certifies that, other than the named parties, there is no such interest to report.

4

5    Dated: August 24, 2007        **FAIR HOUSING LAW PROJECT**

6

7            __/s/_____

8            Annette D. Kirkham
            Attorney for Plaintiff:
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

# [PROPOSED] <u>ORDER</u>

The Case Management Conference will be rescheduled to:

Complaint and Service of Summons will be filed and served by no later than August 31, 2007.


Dated: _____

_____

**HONORABLE JEREMY FOGEL**