1   ANNETTE D. KIRKHAM, State Bar No. 217958
    annettek@lawfoundation.org
2   MONA M. MOTWANI, State Bar No. 239677
    monam@lawfoundation.org
3   LAW FOUNDATION OF SILICON VALLEY
    111 West Saint John Street, #315
4   San Jose, CA 95113
    Telephone:     (408) 293-4790
5   Facsimile:     (408) 293-0106

6   BART E. VOLKMER, State Bar No. 223732
    BRIAN DANITZ, State Bar No. 247403
7   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
8   650 Page Mill Road
    Palo Alto, CA 94304-1050
9   Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
10  bdanitz@wsgr.com

11
    Attorneys for Plaintiff
12  JUAN CUEVAS

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17
    JUAN CUEVAS,                             Case No. 5:07-cv-02814 (JF)
18
                       Plaintiff,
19                                           **PROOF OF SERVICE BY HAND-
                  v.                         DELIVERY**
20
    ALTAS REALTY/FINANCIAL SERVICES,
21  INCORPORATED, a California corporation,
    dba ATLAS REALTY, dba ATLAS
22  FINANCIAL SERVICES, ALVIN CLAIR
    SILBERNAGEL, SAMANTHA TREVINO,
23  WORLD SAVINGS, INC, dba WORLD
    SAVINGS BANK, FSB, and DOES 1 to 100,
24
                       Defendants.
25

26

27

28

**PROOF OF SERVICE**

I, Lisa M. Beltran, declare:

I am employed in Santa Clara County, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1.    **FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE TRUTH IN LENDING ACT; CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200 *ET SEQ.*; CALIFORNIA CIVIL CODE § 1750 *ET SEQ*; CALIFORNIA CIVIL CODE § 1632; & FOR FRAUD; NEGLIGENT MISREPRESENTATION; NEGLIGENCE; UNJUST ENRICHMENT& RESCISSION; and**

2.    **PROOF OF SERVICE**

☒    By placing the document in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person:

CSC – Lawyers Incorporating Service
P.O. Box 526036
Sacramento, CA  95852

☒    By consigning the document to a messenger for guaranteed hand delivery on this date to the following persons:

| | |
|---|---|
| Alvin Clair Silbernagel | World Savings Bank |
| Samantha Trevino | Attention: Tracy Henson |
| Atlas Realty/Financial Services Incorporated | 1901 Harrison Street |
| 2020 S. Bascom Avenue, Suite C | Oakland, CA  94612 |
| Campbell, CA  95008 | |

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on August 31, 2007.

_____
Lisa M. Beltran