**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, August 31, 2007
**Case Number:** CV-07-2814-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          JUAN CUEVAS  V.  ALTAS REALTY/FINANCIAL SERVICES, ET AL

                    PLAINTIFF                              DEFENDANT

   Attorneys Present:  Annette Kirkham, Mona Motwani     Attorneys Present:

---

PROCEEDINGS:
   Case management conference held.  Counsel for plaintiff are present.
   Continued to 11/2/07 at 10:30 a.m. for further case management conference.