| Attorney or Party without Attorney: WILSON SONSINI GOODRICH & ROSATI, Bar #139809<br>650 PAGE MILL ROAD<br>PALO ALTO, CA 94304<br>Telephone No: 650-493-9300    FAX No: 650-493-6811 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 32674.504 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT DISTRICT |
| Plaintiff: CUEVAS |
| Defendant: ATLAS REALTY/ATLAS FINANCIAL SERVICES, INC., et al |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 02814 JF PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; First Amended Complaint; Proof Of Service By Hand Delivery; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re Pretrial Preparation; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California - Contents Of Joint Case Management Statement; Standing Order For Discovery Practice In All Cases Referred To Magistrate Judge Patricia V. Trumbull For Discovery; Adr Certification By Parties And Counsel; Civil Minutes; Order Of The Chief Judge; Welcome To The Usdc Court Package ; Letter To A. Silbernegel

3. a. Party served: ATLAS REALTY/ATLAS FINANCIAL SERVICES, INC. (Attn: ROBIN DAKAN, AGENT FOR SERVICE)
   b. Person served: ROBIN DAKAN, AUTHORIZED TO ACCEPT

4. Address where the party was served: 1262 E. HAMILTON AVENUE, SUITE E
   Campbell, CA 95008

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 20, 2007 (2) at: 1:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ATLAS REALTY/ATLAS FINANCIAL SERVICES, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OMAR HAKMI                                            d. The Fee for Service was: $79.00
   b. SWIFT ATTORNEY SERVICE                                e. I am: (3) registered California process server
      P.O. BOX 5324                                               (i) Owner
      500 ALLERTON STREET, SUITE 105                              (ii) Registration No.: 391 SM
      Redwood City, CA 94063                                      (iii) County: San Mateo
   c. (650)364-9612, FAX (650)364-3305

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Sep. 26, 2007

                                                                (OMAR HAKMI)

Judicial Council Form POS-010              PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT                                wilson1.13345

| Attorney or Party without Attorney: WILSON SONSINI GOODRICH & ROSATI, Bar #139809 650 PAGE MILL ROAD PALO ALTO, CA 94304 | | For Court Use Only |
|---|---|---|
| Telephone No: 650-493-9300   FAX No: 650-493-6811 | | |
| | Ref. No. or File No.: 32674.504 | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT DISTRICT

Plaintiff: CUEVAS
Defendant: ATLAS REALTY/ATLAS FINANCIAL SERVICES, INC., et al

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: C07 02814 JF PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; First Amended Complaint; Proof Of Service By Hand Delivery; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re Pretrial Preparation; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California - Contents Of Joint Case Management Statement; Standing Order For Discovery Practice In All Cases Referred To Magistrate Judge Patricia V. Trumbull For Discovery; Adr Certification By Parties And Counsel; Civil Minutes; Order Of The Chief Judge; Welcome To The Usdc Court Package ; Letter To Tracy Henson Dated August 31, 2007

3. a. Party served: WORLD SAVINGS BANK, INC., dba WORLD SAVINGS BANK, FSB (Attn: CSC-LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE)
   b. Person served: RHONDA TUCK, AUTHORIZED AGENT

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE #100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 21, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   as the person sued under the fictitious name of: World Savings Bank, Fsb
   on behalf of: WORLD SAVINGS BANK, INC., dba WORLD SAVINGS BANK, FSB
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. T. ANDY HARRIS                    d. *The Fee for Service was:* $118.50
   b. **SWIFT ATTORNEY SERVICE**        e. I am: (3) registered California process server
   P.O. BOX 5324                            (i) Owner
   500 ALLERTON STREET, SUITE 105           (ii) Registration No.: 81-002
   Redwood City, CA 94063                   (iii) County: Sacramento
   c. (650)364-9612, FAX (650)364-3305

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Sep. 26, 2007

Judicial Council Form POS-010                PROOF OF SERVICE                (T. ANDY HARRIS)        wilson1.13097
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| WILSON, SONSINI, ET AL<br>650 PAGE MILL ROAD<br>PALO ALTO CA 94304 | 650/493-9300<br><br>Ref. No. or File No. | |

ATTORNEY FOR

Insert name of court and name of judicial district and branch if any.

SHORT TITLE OF CASE:
CUEVAS V SILBERNAGEL;ATLAS REALTY/FIN

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 062240 | | | | C0702814JF-PVT |

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

   SUMMONS,ADDENDUM TO SUMMONS & FIRST AMENDED COMPLAINT
   ORDER OF THE CHIEF
   WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERKS OFFICE,SAN JOSE DIVISION
   U.S. DISTRICT COURT NORTHERN CALIFORNIA
   GENERAL ORDER NO.45
   ADR CERTIFICATION BY PARTIES AND COUNSEL
   NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
   WAIVER OF SERVICE OF SUMMONS
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   STANDING ORDER RE PRETRIAL PREPARATION
   STANDING ORDER REGARDING C ASE MANAEGMENT IN CIVIL CASES
   CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
   STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY

2. a. PARTY SERVED: ALVIN CLAIR SILBERNAGEL

   b. PERSON SERVED: ALVIN CLAIR SILBERNAGEL

   c. ADDRESS: 2020 S. BASCOM AVENUE
               SUITE C
               CAMPBELL CA 95008

3. I SERVED THE PARTY NAMED IN ITEM 2

LEGAL PURSUIT, INC
22 WEST ST. JOHN STREET
SAN JOSE, CA 95113
408-288-4105 FAX 408-885-9577

d. Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 922
(3) County: SANTA CLARA
(4) Expiration: 02-19-08

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 09/17/07                              > CONTINUED ON THE NEXT PAGE

CONFORMS WITH JUDICIAL COUNCIL FORM # 982    SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| WILSON, SONSINI, ET AL<br>650 PAGE MILL ROAD<br>PALO ALTO CA 94304 | 650/493-9300<br><br>Ref. No. or File No. | |

ATTORNEY FOR

Insert name of court and name of judicial district and branch if any.

SHORT TITLE OF CASE:
CUEVAS V SILBERNAGEL; ATLAS REALTY/FIN

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 062240 | | | | C0702814JF-PVT |

a. BY PERSONALLY DELIVERING THE COPIES ON 09/17/07 AT 3:50PM

4. THE "NOTICE TO THE PERSON SERVED" WAS COMPLETED AS FOLLOWS:

   AS AN INDIVIDUAL DEFENDANT.

5. PERSON SERVING: EDWARD F. CAMILLERI    FEE FOR SERVICE:$    150.00

LEGAL PURSUIT, INC
22 WEST ST. JOHN STREET
SAN JOSE, CA 95113
408-288-4105 FAX 408-885-9577

d. Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 922
(3) County: SANTA CLARA
(4) Expiration: 02-19-08

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 09/17/07                            SIGNATURE

CONFORMS WITH JUDICIAL COUNCIL FORM # 982