Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    +1 510 763 2000
Facsimile:     +1 510 273 8832

Attorneys for Defendant World Savings Bank,
FSB (erroneously sued as "World Savings, Inc.
dba World Savings Bank FSB")

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB, and DOES 1 to 100,<br><br>          Defendants. | Case No. C07 02814 JF<br><br>**WORLD SAVINGS BANK, FSB'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:          December 14, 2007<br>Time:          9:00 a.m.<br>Place:         Department 3<br>Compl. Filed:   May 30, 2007<br><br>Honorable Jeremy Fogel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, November 16, 2007, at 9:00 a.m. in Department 3 of the United States District Court for the Northern District of California, located at 280 S. First Street, San Jose, California, Defendant World Savings Bank, F.S.B. ("World") will and hereby does move this Court for: 1) an order dismissing Plaintiffs' Second, Sixth, Seventh, Eighth and Ninth Claims for Relief and/or; 2) striking Plaintiffs' prayers for injunctive relief and punitive damages.

1    Plaintiffs' Second, Sixth, Seventh, Eighth and Ninth Claims for Relief in his First Amended

2   Complaint are preempted by federal law and also fail to identify facts sufficient to state a cause of

3   action and should, therefore, be dismissed pursuant to Federal Rule of Civil Procedure 12(b).

4   Further, Plaintiffs' prayers for injunctive relief and punitive damages should be stricken pursuant to

5   Federal Rule of Civil Procedure 12(f) because Plaintiffs are not entitled to these remedies as a matter

6   of law.

7

8    World's Motion is based on this Notice of Motion, the accompanying Memorandum of

9   Points and Authorities in Support of World' Motion, World's Request For Judicial Notice and

10   exhibits attached thereto and such other evidence the Court may choose to consider at the hearing on

11   Defendant's motion.

12

13    DATED: October 9, 2007.

14                                      REED SMITH LLP

15

16                                      By /s/ Keith D. Yandell
                                           Jack R. Nelson
17                                          Keith D. Yandell
                                           Attorneys for Defendant World Savings Bank, FSB
18                                          (erroneously sued as "World Savings, Inc. dba
                                           World Savings Bank FSB")

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WORLD SAVINGS BANK, FSB'S NOTICE OF MOTION AND MOTION TO DISMISS