1  Jack R. Nelson (SBN 111863)
   Keith D. Yandell (SBN 233146)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA 94604-2084

6  Telephone:   +1 510 763 2000
   Facsimile:   +1 510 273 8832
7
   Attorneys for Defendant World Savings Bank,
8  FSB (erroneously sued as "World Savings, Inc.
   dba World Savings Bank FSB")
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| JUAN CUEVAS,<br><br>                Plaintiff,<br><br>        vs.<br><br>ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB, and DOES 1 to 100,<br><br>                Defendants. | Case No. C07 02814 JF<br><br>**WORLD SAVINGS BANK, FSB'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:          December 14, 2007<br>Time:         9:00 a.m.<br>Place:        Department 3<br>Compl. Filed:  May 30, 2007<br><br>Honorable Jeremy Fogel |

        1.      Pursuant to Federal Rule of Evidence 201, Defendant World Savings Bank, FSB ("World") requests that the Court take judicial notice that World is, and at all relevant times was, a federally chartered association. This fact is not reasonably subject to dispute and readily verifiable by reference to World's Certificate of Corporate Existence issued by the Office of Thrift Supervision. See attached Exhibit A. Judicial notice may properly be taken of documents issued by the Office of Thrift Supervision as facts which are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." F.R.E. 201(b); see also Lee v.

City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001) ("a court may take judicial notice of matters of public record"). Thus, it is appropriate for the Court to take judicial notice of the fact World Savings Bank, FSB is, and at all relevant times was a federally chartered bank.

2.  World also requests the Court take judicial notice of the orders issued in the matter of Morgan v. American International Group, Inc., Alameda County Case No. RG0416650 (November 23, 2006) and (February 15, 2006) attached to this Request for Judicial Notice as Exhibits B & C. Pursuant to Federal Rule of Evidence 201, the court may take judicial notice of its own files and state court records. See Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank, 136 F.3d 1360, 1364 (9th Cir. 1998); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980). Therefore, it is also appropriate for the Court to take judicial notice of the attached decision.

DATED: October 9, 2007.

REED SMITH LLP

By   /s/ Keith D. Yandell
Jack R. Nelson
Keith D. Yandell
Attorneys for Defendant World Savings Bank, FSB
(erroneously sued as "World Savings, Inc. dba World Savings Bank FSB")