Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant World Savings Bank, FSB (erroneously sued as "World Savings, Inc. dba World Savings Bank FSB")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS,<br><br>    Plaintiff,<br><br>vs.<br><br>ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB, and DOES 1 to 100,<br><br>    Defendants. | Case No. C07 02814 JF<br><br>**[PROPOSED] ORDER GRANTING WORLD SAVINGS BANK, F.S.B.'S MOTION TO DISMISS PLAINTIFF'S SECOND, SEVENTH, EIGHTH AND NINTH CLAIMS FOR RELIEF AND TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Date:   December 14, 2007<br>Time:   9:00 a.m.<br>Place:   Department 3<br>Compl. Filed: May 30, 2007<br><br>Honorable Jeremy Fogel |

  Defendant World Savings Bank, F.S.B.'s Motion To Dismiss Plaintiff's Second, Seventh, Eighth and Ninth Claims for Relief And To Strike Portions of Plaintiff's First Amended Complaint, was presented to this Court pursuant to and in accordance with Rules 12(b) & (f) of the Federal Rules of Civil Procedure.  Having considered all of World Savings Bank, F.S.B. and Plaintiff's arguments, good cause appearing therein, and for the reasons set forth in World Savings Bank,

1   F.S.B.'s Motion, the Court orders that World Savings Bank, F.S.B.'s Motion To Dismiss is hereby
2   GRANTED.

4       Plaintiff's Second, Seventh, Eighth and Ninth Claims for Relief are hereby dismissed as to
5   World Savings Bank, F.S.B, without leave to amend.  Further, Plaintiff's prayers for injunctive relief
6   and punitive damages are stricken.

8       IT IS SO ORDERED.

10      DATED: _____, 2007.

12                                                      United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware