1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHEAST DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS, | Case No.: 5:07-cv-02814(JF) |
| Plaintiff, | Complaint Filed: 05/30/2007 |
| vs. | Assigned to: Hon. Jeremy Fogel<br>Referred to: Magistrate Judge Patricia V. Trumbull |
| ALTAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, D/B/A ATLAS REATY, D/B/A ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, SAMANTHA TREVINO, WORLD SAVINGS, INC., D/B/A WORLD SAVINGS BANK, FSB, and DOES 1 through 100 inclusive | Courtroom: 3 – Fifth Floor<br><br>**[PROPOSED] ORDER ON DEFENDANTS, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES, ALVIN SILBERNAGEL AND SAMANTHA TREVINO'S MOTION TO DISMISS PURSUANT TO F.R.C.P. SECTION 12(b)(1)** |
| Defendants. | Date: 11/14/2007<br>Time: 9:00 a.m.<br>Courtroom 3: 5th Floor |

Defendants, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES (erroneously sued herein as ALTAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California Corporation, dba ATLAS REALTY DBA ATLAS FINANCIAL SERVICES), ALVIN CLAIR SILBERNAGEL, AND SAMANTHA TREVINO'S ("Moving Parties") Motion to Dismiss Pursuant to

---

[PROPOSED] ORDER ON DEFENDANTS, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES, ALVIN SILBERNAGEL AND SAMANTHA TREVINO'S MOTION TO DISMISS PURSUANT TO F.R.C.P. SECTION 12(b)(1)

1

1  *F.R.C.P.* Section 12(b)(6) came on for hearing on **November 16, 2007 at 9:00 a.m. in Courtroom 3** of the above-captioned Court located at 280 South 1st Street, San Jose, CA 95113.

The Court Orders as follows:

Moving Parties' Motion to Dismiss with prejudice is granted in accordance with *Federal Rules of Civil Procedure*, section 12(b)(1).

DATED: _____

UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER ON DEFENDANTS, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES, ALVIN SILBERNAGEL AND SAMANTHA TREVINO'S MOTION TO DISMISS PURSUANT TO F.R.C.P. SECTION 12(b)(1)

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my present address is: 6345 Balboa Boulevard, Suite 257, Encino, California 91316.

On October 10, 2007 I served the foregoing document described as **[PROPOSED] ORDER ON DEFENDANTS, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES, ALVIN SILBERNAGEL AND SAMANTHA TREVINO'S MOTION TO DISMISS PURSUANT TO F.R.C.P. SECTION 12(b)(1)** on the parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

XX BY EMAIL to the parties as set forth on the Service List attached hereto.

BY OVERNIGHT EXPRESS DELIVERY. I deposited it in a box or other facility regularly maintained by FEDERAL EXPRESS, or delivered it to a driver or courier authorized by FEDERAL EXPRESS to receive documents, in an envelope designated by FEDERAL EXPRESS, with deliver fees provided for, and with delivery requested for the next business day.

BY FACSIMILE TRANSMISSION, by use of facsimile machine telephone number (818) 345-1265, in accordance with Code of Civil Procedure §1013(e) and California Rules of Court 2.306, to the within parties at the facsimile number(s) indicated. The fax machine I used complied with Rule 2.301 and this transmission was reported as complete and without error. Under Rule 2.304, I caused the machine to print a transmission record of the transmission report which was issued by the transmitting facsimile maching, a copy of which is attached to the original thereof.

Executed on October 10, 2007 at Encino, California.

XX  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Ann A. Malone

---

[PROPOSED] ORDER ON DEFENDANTS, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES, ALVIN SILBERNAGEL AND SAMANTHA TREVINO'S MOTION TO DISMISS PURSUANT TO F.R.C.P. SECTION 12(b)(1)

3

**Juan Cuevas v. Altas Realty/Financial Services Inc., et al**
USDC Case No.: CV-07-2814-JF/PVT

Annette D. Kirkham, Esq.
Mona M. Motwani, Esq.
Law Foundation Of Silicon Valley
111 West Saint John Street, #315
San Jose, California 95113
Attorneys for Plaintiff, Juan Cuevas
Email: annettek@lawfoundation.org
Telephone No.:  (408) 293-4790
Facsimile No.:   (408) 293-0106

Bart E. Volkmer, Esq.
Brian Danitz, Esq.
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Attorneys for Plaintiff, Juan Cuevas
Email: bdanitz@wsgr.com
Telephone No.:  (650) 493-9300
Facsimile No.:   (650) 565-5100

Mona Motwani
Law Foundation of Silicon Valley
Fair Housing Law Project
111 W. St. John Street, Suite 315
San Jose, California 95113
Email: monam@lawfoundation.org
Telephone No.: (408) 280-2448

    XX BY MAIL as follows:   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California in the ordinary course of business.

World Savings Banks
Attention: Tracy Henson
1901 Harrison Street
Oakland, California 94612

---

[PROPOSED] ORDER ON DEFENDANTS, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES, ALVIN SILBERNAGEL AND SAMANTHA TREVINO'S MOTION TO DISMISS PURSUANT TO F.R.C.P. SECTION 12(b)(1)
4