REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Jack R. Nelson (SBN 111863)
   Keith D. Yandell (SBN 233146)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:     +1 510 763 2000
   Facsimile:     +1 510 273 8832
7
   Attorneys for Defendant World Savings Bank,
8  FSB

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13  JUAN CUEVAS,                                    Case No. C07 02814 JF

14              Plaintiff,                          **WORLD SAVING BANK, F.S.B.'S CERTIFICATION OF INTERESTED PARTIES**

15     vs.

16  ATLAS REALTY/FINANCIAL SERVICES,                Date:        November 2, 2007
    INCORPORATED, a California corporation, dba    Time:        9:00 a.m.
17  ATLAS REALTY, dba ATLAS FINANCIAL               Place:       Department 3
    SERVICES, ALVIN CLAIR SILBERNAGEL,              Compl. Filed: May 30, 2007
18  SAMANTHA TREVINO, WORLD SAVINGS,
    INC., dba WORLD SAVINGS BANK, FSB, and         Honorable Jeremy Fogel
19  DOES 1 to 100,

20              Defendants.

21

22

23          Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

24  associations of persons, firms, partnerships, corporations (including parent corporations) or other

25  entities (i) have a financial interest in the subject matter in controversy or in a party to the

26  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

27  substantially affected by the outcome of this proceeding: Golden West Financial Corp., of which

28

1  World Savings Bank FSB is a subsidiary, and Wachovia Corporation, of which Golden West
2  Financial Corp. is a subsidiary.

DATED:  October 16, 2007.

REED SMITH LLP

By     /s/ Keith D. Yandell
    Jack R. Nelson
    Keith D. Yandell
    Attorneys for Defendant World Savings Bank, FSB