Mark C. Carlson, Esq., [SBN 166195]
**CARLSON LAW GROUP, INC.**
6345 Balboa Boulevard, Suite 257
Encino, California 91316
Telephone No.: (818) 996-7800
Facsimile No.: (818) 345-1265
mcc@carlsonlawgroup.com

Attorney for Defendants, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES (erroneously sued herein as ALTAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California Corporation, dba ATLAS REALTY DBA ATLAS FINANCIAL SERVICES), ALVIN CLAIR SILBERNAGEL, AND SAMANTHA TREVINO

# UNITED STATES DISTRICT COURT

## NORTHEAST DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ALTAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, D/B/A ATLAS REATY, D/B/A ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, SAMANTHA TREVINO, WORLD SAVINGS, INC., D/B/A WORLD SAVINGS BANK, FSB, and DOES 1 through 100 inclusive<br><br>                    Defendants. | Case No.: 5:07-cv-02814(JF)<br><br>Complaint Filed: 05/30/2007<br><br>Assigned to: Hon. Jeremy Fogel<br>Referred to: Magistrate Judge Patricia V. Trumbull<br>Courtroom: 3 – Fifth Floor<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date: 11/16/2007<br>Time: 9:00 a.m.<br>Courtroom 3: 5th Floor |

The undersigned, counsel of record for Defendants, ALVIN C. SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS FINANCIAL SERVICES (erroneously sued herein as ALTAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California Corporation, dba ATLAS REALTY DBA ATLAS FINANCIAL SERVICES), ALVIN CLAIR SILBERNAGEL, AND SAMANTHA TREVINO, certifies that pursuant to Civil L.R. 3-16, the following entity(ies) may have a

1 pecuniary or other interest that may be affected by the outcome of this case.  These representations are

2 made to enable the Court to evaluate possible disqualification or recusal.

3

4

5 Topa Insurance Company
C/O CRES Insurance Services, LLC
15373 Innovation Drive
6 Suite 250
San Diego, CA 92128
7 Phone # (800)880-2747
Fax # (858)618-1655
8

9

10
_____
11 Mark C. Carlson
Attorney of record for Defendants, ALVIN C.
12 SILBERNAGEL D/B/A ALTAS REALTY D/B/A ATLAS
FINANCIAL SERVICES (erroneously sued herein as
13 ALTAS REALTY/FINANCIAL SERVICES,
INCORPORATED, a California Corporation, dba ATLAS
14 REALTY DBA ATLAS FINANCIAL SERVICES), ALVIN
CLAIR SILBERNAGEL, AND SAMANTHA TREVINO
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
NOTICE OF INTERESTED PARTIES
2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my present address is: 6345 Balboa Boulevard, Suite 257, Encino, California 91316.

On October 19, 2007 I served the foregoing document described as **NOTICE OF INTERESTED PARTIES** on the parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

XX BY EMAIL to the parties as set forth on the Service List attached hereto.

BY OVERNIGHT EXPRESS DELIVERY. I deposited it in a box or other facility regularly maintained by FEDERAL EXPRESS, or delivered it to a driver or courier authorized by FEDERAL EXPRESS to receive documents, in an envelope designated by FEDERAL EXPRESS, with deliver fees provided for, and with delivery requested for the next business day.

BY FACSIMILE TRANSMISSION, by use of facsimile machine telephone number (818) 345-1265, in accordance with Code of Civil Procedure §1013(e) and California Rules of Court 2.306, to the within parties at the facsimile number(s) indicated. The fax machine I used complied with Rule 2.301 and this transmission was reported as complete and without error. Under Rule 2.304, I caused the machine to print a transmission record of the transmission report which was issued by the transmitting facsimile matching, a copy of which is attached to the original thereof.

Executed on October 19, 2007 at Encino, California.

XX  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Ann A. Malone

**Juan Cuevas v. Altas Realty/Financial Services Inc., et al**
USDC Case No.: CV-07-2814-JF/PVT

Annette D. Kirkham, Esq.
Mona M. Motwani, Esq.
Law Foundation Of Silicon Valley
111 West Saint John Street, #315
San Jose, California 95113
Attorneys for Plaintiff, Juan Cuevas
Email: annettek@lawfoundation.org
Telephone No.:  (408) 293-4790
Facsimile No.:   (408) 293-0106

Bart E. Volkmer, Esq.
Brian Danitz, Esq.
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Attorneys for Plaintiff, Juan Cuevas
Email: bdanitz@wsgr.com
Telephone No.:  (650) 493-9300
Facsimile No.:   (650) 565-5100

Mona Motwani
Law Foundation of Silicon Valley
Fair Housing Law Project
111 W. St. John Street, Suite 315
San Jose, California 95113
Attorney for Plaintiff, Juan Cuevas
Email: monam@lawfoundation.org
Telephone No.: (408) 280-2448

Keith David Yandell, Esq.
Reed Smith LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612
Attorney for Defendant World Savings Bank FSB
Telephone No.:  (510) 466-6820
Facsimile No.:   (510) 273-8832
kyandell@reedsmith.com