UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, December 14, 2007
**Case Number:** CV-07-2814-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   JUAN CUEVAS  V.  ALTAS REALTY/FINANCIAL SERVICES, ET AL

PLAINTIFF                                    DEFENDANT

Attorneys Present: Annette Kirkham           Attorneys Present: Mark Carlson
                   Bart Volkmer                                  Jack Nelson

PROCEEDINGS:
   Hearing on Motions to Dismiss held. Parties are present. The motions are taken under submission. The parties are referred to court mediation. Continued to 3/14/08 at 10:30 a.m. for further case management conference.