ANNETTE D. KIRKHAM, State Bar No. 217958
annettek@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, #315
San Jose, CA 95113
Telephone:    (408) 293-4790
Facsimile:    (408) 293-0106

BART E. VOLKMER, State Bar No. 223732
BRIAN DANITZ, State Bar No. 247403
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
bdanitz@wsgr.com

Attorneys for Plaintiff
JUAN CUEVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS, <br><br> Plaintiff, <br><br> v. <br><br> ALTAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, and SAMANTHA TREVINO <br> Defendants. | Case No. 5:07-cv-02814 (JF) <br><br> **STIPULATED REQUEST and [PROPOSED ORDER CHANGING TIME** |

1  Pursuant to N.D. Cal. Civil L.R. 6-2, Plaintiff Juan Cuevas ("Cuevas"), Defendant World Savings Bank, FSB ("World Savings") and Defendants Atlas Realty, Alvin Silbernagel and Samantha Trevino ("Atlas") jointly submit this Stipulated Request and [Proposed] Order Changing Time.

The parties jointly request that the Court extend the deadline for filing an amended complaint from February 29, 2008, as set forth in the Court's January 30, 2008 Order Re Motions To Dismiss, until March 5, 2008. Defendant World Savings Bank and Plaintiff have agreed to a settlement which should be executed by March 3, 2008. Plaintiff is in active settlement negotiations with Atlas and the parties intend to work in good faith to reach a settlement prior to the mediation that is scheduled for March 5, 2008. Since this brief extension is expected to resolve this case fully, it should not impact the case schedule. Therefore, the parties respectfully request that the Court extend the deadline for filing an amended complaint until March 5, 2008.

Dated: February 29, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/
       Brian Danitz

Attorneys for Plaintiff
Juan Cuevas

Dated: February 29, 2008

REED SMITH. LLP

By:  /s/
       Keith D. Yandell

Attorneys for Defendant
World Saving Bank, FSB

**STIPULATED REQUEST & [PROPOSED] ORDER CHANGING TIME**
**CASE NO.** 5:07-cv-02814 (JF)

-2-

1  Dated: February 29, 2008                    CARLSON LAW GROUP, INC.

                                                By:   /s/
                                                      Mark C. Carlson

                                                Attorneys for Defendants
                                                Atlas Realty, Alvin Silbernagel and Samantha Trevino

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 29, 2008, at Palo Alto, California.

                                                By:   /s/

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 29, 2008
                                                By:
                                                      JEREMY FOGEL
                                                      United States District Judge