1  ANNETTE D. KIRKHAM, State Bar No. 217958
   annettek@lawfoundation.org
2  LAW FOUNDATION OF SILICON VALLEY
   111 West Saint John Street, #315
3  San Jose, CA 95113
   Telephone:    (408) 293-4790
4  Facsimile:    (408) 293-0106

5  BART E. VOLKMER, State Bar No. 223732
   BRIAN DANITZ, State Bar No. 247403
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
9  bdanitz@wsgr.com

10

   Attorneys for Plaintiff
11 JUAN CUEVAS

12
                   UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16
   JUAN CUEVAS,                          )   Case No. 5:07-cv-02814 (JF)
17                                        )
                  Plaintiff,              )
18                                        )   **STIPULATED REQUEST and**
             v.                           )   **[~~PROPOSED~~ ORDER CHANGING TIME**
19                                        )
   ALTAS REALTY/FINANCIAL SERVICES,       )
20 INCORPORATED, a California corporation,)
   dba ATLAS REALTY, dba ATLAS            )
21 FINANCIAL SERVICES, ALVIN CLAIR        )
   SILBERNAGEL, and SAMANTHA              )
22 TREVINO                                )
   Defendants.                            )
23 _____)

24

25

26

27

28

   **STIPULATED REQUEST & [PROPOSED] ORDER**                -1-
   **CHANGING TIME**
   **CASE NO.** 5:07-cv-02814 (JF)

1      Pursuant to N.D. Cal. Civil L.R. 6-2, Plaintiff Juan Cuevas ("Cuevas"), Defendant World

2   Savings Bank, FSB ("World Savings") and Defendants Atlas Realty, Alvin Silbernagel and

3   Samantha Trevino ("Atlas") jointly submit this Stipulated Request and [Proposed] Order

4   Changing Time.

5      The parties jointly request that the Court extend the deadline for filing an amended

6   complaint from February 29, 2008, as set forth in the Court's January 30, 2008 Order Re

7   Motions To Dismiss, until March 5, 2008.  Defendant World Savings Bank and Plaintiff have

8   agreed to a settlement which should be executed by March 3, 2008.  Plaintiff is in active

9   settlement negotiations with Atlas and the parties intend to work in good faith to reach a

10  settlement prior to the mediation that is scheduled for March 5, 2008.  Since this brief extension

11  is expected to resolve this case fully, it should not impact the case schedule.  Therefore, the

12  parties respectfully request that the Court extend the deadline for filing an amended complaint

13  until March 5, 2008.

14

15  Dated: February 29, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
16

17                                              By:   /s/
                                                      Brian Danitz
18
                                                Attorneys for Plaintiff
19                                              Juan Cuevas

20
    Dated: February 29, 2008                    REED SMITH. LLP
21

22                                              By:   /s/
                                                      Keith D. Yandell
23
                                                Attorneys for Defendant
24                                              World Saving Bank, FSB

25

26

27

28

**STIPULATED REQUEST & [PROPOSED] ORDER
CHANGING TIME**                          -2-
**CASE NO.** 5:07-cv-02814 (JF)

1  Dated: February 29, 2008                    CARLSON LAW GROUP, INC.

2
                                               By:    /s/
3                                                     Mark C. Carlson

4                                              Attorneys for Defendants
                                               Atlas Realty, Alvin Silbernagel and Samantha
5                                              Trevino

6
       ATTESTATION PURSUANT TO GENERAL ORDER 45
7         I, Brian Danitz, attest that concurrence in the filing of this document has been obtained
   from each of the other signatories.  I declare under penalty of perjury under the laws of the
8  United States of America that the foregoing is true and correct.  Executed on February 29,
   2008,at Palo Alto, California.
9
                                               By:    /s/
10

11

12

13         PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15

16  Dated: February 29, 2008

17                                             By:
                                               JEREMY FOGEL
                                               United States District Judge
18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST & [PROPOSED] ORDER**              -3-
**CHANGING TIME**
**CASE NO.** 5:07-cv-02814 (JF)