ANNETTE D. KIRKHAM, State Bar No. 217958
annettek@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, #315
San Jose, California 95113
Telephone: (408) 293-4790
Facsimile: (408) 293-0106

BART E. VOLKMER, State Bar No. 223732
BRIAN DANITZ, State Bar No. 247403
bdanitz@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
JUAN CUEVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS,<br><br>             Plaintiff,<br><br>    v.<br><br>ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, and SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB, and DOES 1 to 100,<br><br>             Defendants. | Case No. 5:07-cv-02814 (JF)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANT WORLD SAVINGS BANK, FSB** |

STIPULATED DISMISSAL WITH PREJUDICE AS TO DEF. WORLD SAVINGS BANK - 5:07-cv-02814 (JF)

1      WHEREAS, Defendant World Savings, Inc., dba World Savings Bank, FSB ("World Savings") and Plaintiff Juan Cuevas (collectively, the "Parties") have reached a settlement agreement in this matter ("Settlement Agreement");

      WHEREAS, as part of that Settlement Agreement, the Parties agree that the complaint should be dismissed with prejudice;

      WHEREAS, World Savings intends to bring a motion for determination of good faith settlement;

      ACCORDINGLY, the Parties hereby stipulate and this Court hereby adjudges as follows:

      1.    The Parties have entered into a Settlement Agreement in the above-captioned matter;

      2.    The United States District Court for the Northern District of California shall retain exclusive jurisdiction to enforce the Settlement Agreement;

      3.    Plaintiff's claims against Defendant World Savings, Inc, dba World Savings Bank, FSB, are hereby dismissed, with prejudice;

      4.    Except as provided in the Settlement Agreement, the Parties shall bear their own costs and attorneys' fees associated with the litigation of this matter.

Dated:  March 12, 2008                WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation


                                      By:  _____/s/ Brian Danitz_____
                                                  Brian Danitz

                                      Attorneys for Plaintiff
                                      JUAN CUEVAS

Dated:  March 12, 2008                REED SMITH, LLP


                                      By:  _____/s/ Jack R. Nelson_____
                                                  Jack R. Nelson

                                      Attorneys for Defendant
                                      WORLD SAVINGS BANK, FSB

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from the other signatory, Jack R. Nelson of Reed Smith, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12, 2008, at Palo Alto, California.

                                                  /s/ Brian Danitz
                                                    Brian Danitz

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

                                                  Jeremy Fogel
                                              United States District Judge