**E-filed 3/14/08**

ANNETTE D. KIRKHAM, State Bar No. 217958
annettek@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, #315
San Jose, California  95113
Telephone:   (408) 293-4790
Facsimile:    (408) 293-0106

BART E. VOLKMER, State Bar No. 223732
BRIAN DANITZ, State Bar No. 247403
bdanitz@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

Attorneys for Plaintiff
JUAN CUEVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS,<br><br>  Plaintiff,<br><br>  v.<br><br>ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, and SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB, and DOES 1 to 100,<br><br>  Defendants. | Case No. 5:07-cv-02814 (JF)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  Pursuant to N.D. Cal. Civil L.R. 6-2, Defendants World Savings, Inc., dba World Savings Bank, FSB ("World Savings"), and Atlas Realty, Alvin Silbernagel and Samantha Trevino (collectively "Atlas"), and Plaintiff (collectively, the "Parties") jointly submit this Stipulated Request and [Proposed] Order Continuing the Case Management Conference.

The parties jointly request that the Court continue the Case Management Conference currently on calendar for March 14, 2008, at 10:30 a.m., for a period of thirty days. Defendant World Savings and Plaintiff have settled and have jointly filed a stipulated dismissal with the Court. Plaintiff and Atlas have reached a settlement in principle in this matter. Since the parties expect to fully resolve this case within thirty days, this extension should not impact the case schedule. Therefore, the Parties respectfully request that the Court continue the Case Management Conference for thirty (30) days to a date convenient to the Court, such as April 18, 2008, at 10:30 a.m.

Dated: March 13, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Brian Danitz_____
Brian Danitz

Attorneys for Plaintiff JUAN CUEVAS

Dated: March 13, 2008

REED SMITH, LLP

By: _____/s/ Keith D. Yandell_____
Keith D. Yandell

Attorneys for Defendant
WORLD SAVINGS BANK, FSB

Dated: March 13, 2008

CARLSON LAW GROUP, INC.

By: _____/s/ Mark C. Carlson_____
Mark C. Carlson

Attorneys for Defendants
ATLAS REALTY, ALVIN SILBERNAGEL,
and SAMANTHA TREVINO

- 1 -
STIPULATED REQUEST & [PROPOSED] ORDER CONTINUING CMC - 5:07-cv-02814 (JF)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2008, at Palo Alto, California.

/s/ Brian Danitz
Brian Danitz

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/14/08

Jeremy Fogel
United States District Judge