1  ANNETTE D. KIRKHAM, State Bar No. 217958
   annettek@lawfoundation.org
2  LAW FOUNDATION OF SILICON VALLEY
   111 West Saint John Street, #315
3  San Jose, California  95113
   Telephone:   (408) 293-4790
4  Facsimile:   (408) 293-0106

5  BART E. VOLKMER, State Bar No. 223732
   BRIAN DANITZ, State Bar No. 247403
6  bdanitz@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
   650 Page Mill Road
8  Palo Alto, California  94304-1050          **E-filed 3/19/08**
   Telephone:   (650) 493-9300
9  Facsimile:   (650) 565-5100

10 Attorneys for Plaintiff
   JUAN CUEVAS
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15

16 JUAN CUEVAS,                    )  Case No. 5:07-cv-02814 (JF)
                                   )
17             Plaintiff,          )
                                   )  **STIPULATED DISMISSAL WITH
18        v.                       )  PREJUDICE AS TO DEFENDANT
                                   )  WORLD SAVINGS BANK, FSB**
19 ATLAS REALTY/FINANCIAL SERVICES,)
   INCORPORATED, a California corporation,)
20 dba ATLAS REALTY, dba ATLAS     )
   FINANCIAL SERVICES, ALVIN CLAIR )
21 SILBERNAGEL, and SAMANTHA       )
   TREVINO, WORLD SAVINGS, INC.,   )
22 dba WORLD SAVINGS BANK, FSB,    )
   and DOES 1 to 100,              )
23                                 )
              Defendants.          )
24 _____)

25

26

27

28

1    WHEREAS, Defendant World Savings, Inc., dba World Savings Bank, FSB ("World

2    Savings") and Plaintiff Juan Cuevas (collectively, the "Parties") have reached a settlement

3    agreement in this matter ("Settlement Agreement");

4    WHEREAS, as part of that Settlement Agreement, the Parties agree that the complaint

5    should be dismissed with prejudice;

6    WHEREAS, World Savings intends to bring a motion for determination of good faith

7    settlement;

8    ACCORDINGLY, the Parties hereby stipulate and this Court hereby adjudges as follows:

9    1.    The Parties have entered into a Settlement Agreement in the above-captioned

10   matter;

11   2.    The United States District Court for the Northern District of California shall retain

12   exclusive jurisdiction to enforce the Settlement Agreement;

13   3.    Plaintiff's claims against Defendant World Savings, Inc, dba World Savings

14   Bank, FSB, are hereby dismissed, with prejudice;

15   4.    Except as provided in the Settlement Agreement, the Parties shall bear their own

16   costs and attorneys' fees associated with the litigation of this matter.

17

18   Dated:  March 12, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
19

20
                                               By: _____ /s/ Brian Danitz _____
21                                                            Brian Danitz

22                                             Attorneys for Plaintiff
                                               JUAN CUEVAS
23

24   Dated:  March 12, 2008                    REED SMITH, LLP

25

26                                             By: _____ /s/ Jack R. Nelson _____
                                                            Jack R. Nelson
27

28                                             Attorneys for Defendant
                                               WORLD SAVINGS BANK, FSB

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2      I, Brian Danitz, attest that concurrence in the filing of this document has been obtained

3  from the other signatory, Jack R. Nelson of Reed Smith, LLP.

4      I declare under penalty of perjury under the laws of the United States of America that

5  the foregoing is true and correct.

6      Executed on March 12, 2008, at Palo Alto, California.

7

8                                          /s/ Brian Danitz
                                       _____
9                                          Brian Danitz

10

11                                    **ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED.

13

14  Dated: ___3/19/08_____

15

16                                       _____
                                              Jeremy Fogel
17                                       United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE AS TO DEF. WORLD SAVINGS BANK - 5:07-cv-02814 (JF)