ANNETTE D. KIRKHAM, State Bar No. 217958
annettek@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, #315
San Jose, California  95113
Telephone:  (408) 293-4790
Facsimile:   (408) 293-0106

BART E. VOLKMER, State Bar No. 223732
BRIAN DANITZ, State Bar No. 247403
bdanitz@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

**E-filed 3/19/08**

Attorneys for Plaintiff
JUAN CUEVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS,<br><br>           Plaintiff,<br><br>     v.<br><br>ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, and SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB, and DOES 1 to 100,<br><br>           Defendants. | Case No. 5:07-cv-02814 (JF)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANT WORLD SAVINGS BANK, FSB** |

STIPULATED DISMISSAL WITH PREJUDICE AS TO DEF. WORLD SAVINGS BANK - 5:07-cv-02814 (JF)

1    WHEREAS, Defendant World Savings, Inc., dba World Savings Bank, FSB ("World
2 Savings") and Plaintiff Juan Cuevas (collectively, the "Parties") have reached a settlement
3 agreement in this matter ("Settlement Agreement");
4    WHEREAS, as part of that Settlement Agreement, the Parties agree that the complaint
5 should be dismissed with prejudice;
6    WHEREAS, World Savings intends to bring a motion for determination of good faith
7 settlement;
8    ACCORDINGLY, the Parties hereby stipulate and this Court hereby adjudges as follows:
9    1.    The Parties have entered into a Settlement Agreement in the above-captioned
10 matter;
11   2.    The United States District Court for the Northern District of California shall retain
12 exclusive jurisdiction to enforce the Settlement Agreement;
13   3.    Plaintiff's claims against Defendant World Savings, Inc, dba World Savings
14 Bank, FSB, are hereby dismissed, with prejudice;
15   4.    Except as provided in the Settlement Agreement, the Parties shall bear their own
16 costs and attorneys' fees associated with the litigation of this matter.

Dated: March 12, 2008                WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By:  _____/s/ Brian Danitz_____
                                                Brian Danitz

                                     Attorneys for Plaintiff
                                     JUAN CUEVAS


Dated: March 12, 2008                REED SMITH, LLP


                                     By:  _____/s/ Jack R. Nelson_____
                                                Jack R. Nelson

                                     Attorneys for Defendant
                                     WORLD SAVINGS BANK, FSB

- 1 -
STIPULATED DISMISSAL WITH PREJUDICE AS TO DEF. WORLD SAVINGS BANK - 5:07-cv-02814 (JF)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from the other signatory, Jack R. Nelson of Reed Smith, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12, 2008, at Palo Alto, California.

/s/ Brian Danitz
Brian Danitz

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/19/08

Jeremy Fogel
United States District Judge