1  Jack R. Nelson (SBN 111863)
   Keith D. Yandell (SBN 233146)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA 94604-2084

6  Telephone:     +1 510 763 2000
   Facsimile:     +1 510 273 8832
7
   Attorneys for Defendant World Savings Bank,
8  FSB (erroneously sued as "World Savings, Inc.
   dba World Savings Bank FSB")
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13 JUAN CUEVAS,                          | Case No. C07 02814 JF

14              Plaintiff,               | **STIPULATED REQUEST AND
                                         | [PROPOSED] ORDER CONTINUING
15      vs.                              | CASE MANAGEMENT CONFERENCE**

16 ATLAS REALTY/FINANCIAL SERVICES,      | Date:         April 18, 2008
   INCORPORATED, a California corporation, dba | Time:     9:00 a.m.
17 ATLAS REALTY, dba ATLAS FINANCIAL     | Place:        Department 3
   SERVICES, ALVIN CLAIR SILBERNAGEL,    | Compl. Filed: May 30, 2007
18 SAMANTHA TREVINO, WORLD SAVINGS,
   INC., dba WORLD SAVINGS BANK, FSB, and |
19 DOES 1 to 100,                        | Honorable Jeremy Fogel

20              Defendants.

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 07 02814 JF

1    Pursuant to N.D. Cal. Civil L.R. 6-2, Defendants World Savings Bank, FSB, Atlas Realty,

2   Alvin Silbernagel and Samantha Trevino and Plaintiff Juan Cuevas (collectively, "Parties") jointly

3   submit this Stipulated Request and [Proposed] Order Continuing the Case Management Conference.

4

5    The Parties jointly request that the Court continue the Case Management Conference

6   currently on calendar for April 18, 2008 at 10:30 a.m. until May 23, 2008 at 9:00 a.m., the date and

7   time currently set for the hearing of Defendants' Motion for Good Faith Settlement Determination.

8   Plaintiff has reached a settlement with all Defendants and the lone outstanding issue is the Court's

9   approval of those settlements.

10

11    DATED: April 16, 2008.

12                                              REED SMITH LLP

13

14                                              By /s/ Keith D. Yandell_____
                                                   Keith D. Yandell
15                                                 Attorneys for Defendant World Savings Bank, FSB
                                                   (erroneously sued as "World Savings, Inc. dba
16                                                 World Savings Bank FSB")

17                                              FAIR HOUSING LAW PROJECT

18

19                                              By /s/ Annette Kirkham_____
                                                   Annette D. Kirkham
20                                                 Attorneys for Plaintiff Juan Cuevas

21                                              CARLSON LAW GROUP, INC>

22

23                                              By /s/ Mark C. Carlson_____
                                                   Mark C. Carlson
24                                                 Attorneys for Defendants Atlas Realty, Alvin
                                                   Silbernagel and Samantha Trevino

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Keith D. Yandell, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 15, 2008 in Oakland, California.

_____/s/ Keith D. Yandell_____

Stipulated Request and [Proposed] Order Continuing Case Management Conference

## **ORDER**

Pursuant to the stipulation of the parties, this Court hereby orders that the April 18, 2008 status conference hearing date is continued to May 23, 2008 at 9:00 a.m.

Date: _____

_____
JUDGE OF THE US DISTRICT COURT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware