Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:	+1 510 763 2000
Facsimile:	+1 510 273 8832

Attorneys for Defendant World Savings Bank, FSB (erroneously sued as "World Savings, Inc. dba World Savings Bank FSB")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB, and DOES 1 to 100,<br><br>　　　　　　Defendants. | Case No. C07 02814 JF<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　April 18, 2008<br>Time:　　　　9:00 a.m.<br>Place:　　　　Department 3<br>Compl. Filed:　May 30, 2007<br><br>Honorable Jeremy Fogel |

Pursuant to N.D. Cal. Civil L.R. 6-2, Defendants World Savings Bank, FSB, Atlas Realty, Alvin Silbernagel and Samantha Trevino and Plaintiff Juan Cuevas (collectively, "Parties") jointly submit this Stipulated Request and [Proposed] Order Continuing the Case Management Conference.

The Parties jointly request that the Court continue the Case Management Conference currently on calendar for April 18, 2008 at 10:30 a.m. until May 23, 2008 at 9:00 a.m., the date and time currently set for the hearing of Defendants' Motion for Good Faith Settlement Determination. Plaintiff has reached a settlement with all Defendants and the lone outstanding issue is the Court's approval of those settlements.

DATED: April 16, 2008.

REED SMITH LLP

By /s/ Keith D. Yandell
   Keith D. Yandell
   Attorneys for Defendant World Savings Bank, FSB
   (erroneously sued as "World Savings, Inc. dba
   World Savings Bank FSB")

FAIR HOUSING LAW PROJECT

By /s/ Annette Kirkham
   Annette D. Kirkham
   Attorneys for Plaintiff Juan Cuevas

CARLSON LAW GROUP, INC>

By /s/ Mark C. Carlson
   Mark C. Carlson
   Attorneys for Defendants Atlas Realty, Alvin
   Silbernagel and Samantha Trevino

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Keith D. Yandell, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 15, 2008 in Oakland, California.

/s/ Keith D. Yandell

## **ORDER**

Pursuant to the stipulation of the parties, this Court hereby orders that the April 18, 2008 status conference hearing date is continued to May 23, 2008 at 9:00 a.m.

Date: 4/24/08

JUDGE OF THE US DISTRICT COURT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 07 02814 JF — 3 — DOCSOAK-9905981.1
Stipulated Request and [Proposed] Order Continuing Case Management Conference