1  Jack R. Nelson (SBN 111863)
   Keith D. Yandell (SBN 233146)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:     +1 510 763 2000
   Facsimile:     +1 510 273 8832
7
   Attorneys for Defendant World Savings Bank,
8  FSB (erroneously sued as "World Savings, Inc.
   dba World Savings Bank FSB")
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN JOSE DIVISION
12

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| JUAN CUEVAS,                    Plaintiff,    vs.    ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB, and DOES 1 to 100,    Defendants. | Case No. C07 02814 JF    **STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**    Date:         April 18, 2008   Time:         9:00 a.m.   Place:        Department 3   Compl. Filed: May 30, 2007    Honorable Jeremy Fogel |

Case No. 07 02814 JF

Stipulated Request and [Proposed] Order Continuing Case Management Conference

DOCSOAK-9905981.1

1   Pursuant to N.D. Cal. Civil L.R. 6-2, Defendants World Savings Bank, FSB, Atlas Realty,
2   Alvin Silbernagel and Samantha Trevino and Plaintiff Juan Cuevas (collectively, "Parties") jointly
3   submit this Stipulated Request and [Proposed] Order Continuing the Case Management Conference.

5   The Parties jointly request that the Court continue the Case Management Conference
6   currently on calendar for April 18, 2008 at 10:30 a.m. until May 23, 2008 at 9:00 a.m., the date and
7   time currently set for the hearing of Defendants' Motion for Good Faith Settlement Determination.
8   Plaintiff has reached a settlement with all Defendants and the lone outstanding issue is the Court's
9   approval of those settlements.

DATED: April 16, 2008.

REED SMITH LLP

By /s/ Keith D. Yandell
    Keith D. Yandell
    Attorneys for Defendant World Savings Bank, FSB
    (erroneously sued as "World Savings, Inc. dba
    World Savings Bank FSB")

FAIR HOUSING LAW PROJECT

By /s/ Annette Kirkham
    Annette D. Kirkham
    Attorneys for Plaintiff Juan Cuevas

CARLSON LAW GROUP, INC>

By /s/ Mark C. Carlson
    Mark C. Carlson
    Attorneys for Defendants Atlas Realty, Alvin
    Silbernagel and Samantha Trevino

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Keith D. Yandell, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 15, 2008 in Oakland, California.

        /s/ Keith D. Yandell

# **ORDER**

Pursuant to the stipulation of the parties, this Court hereby orders that the April 18, 2008 status conference hearing date is continued to May 23, 2008 at 9:00 a.m.

Date: 4/24/08

_____
JUDGE OF THE US DISTRICT COURT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 07 02814 JF  – 3 –  DOCSOAK-9905981.1
Stipulated Request and [Proposed] Order Continuing Case Management Conference