UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 23, 2007
**Case Number:** CV-07-2814-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JUAN CUEVAS  V.  ALTAS REALTY/FINANCIAL SERVICES, ET AL |
|---|---|
| | PLAINTIFF                                          DEFENDANT |

**Attorneys Present:** Annette Kirkham and special appearance for World Savings

**Attorneys Present:** Mark Carlson

PROCEEDINGS:

Hearing on Motions for Good Faith Settlement Determination held.  Parties are present.  The motions are granted.  The case management conference is not held.