ANNETTE D. KIRKHAM, State Bar No. 217958
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, No. 315
San Jose, California 95113
Telephone: (408) 293-4790
Facsimile: (408) 293-0106
annettek@lawfoundation.org

BART E. VOLKMER, State Bar No. 223732
BRIAN DANITZ, State Bar No. 247403
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
bdanitz@wsgr.com

Attorneys for Plaintiff
JUAN CUEVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CUEVAS,<br><br>    Plaintiff,<br><br>    v.<br><br>ATLAS REALTY/FINANCIAL SERVICES, INCORPORATED, a California corporation, dba ATLAS REALTY, dba ATLAS FINANCIAL SERVICES, ALVIN CLAIR SILBERNAGEL, and SAMANTHA TREVINO, WORLD SAVINGS, INC., dba WORLD SAVINGS BANK, FSB and DOES 1 to 100,<br><br>    Defendants. | Case No. 5:07-cv-02814 (JF)<br><br>**STIPULATED DISMISSAL OF COMPLAINT WITH PREJUDICE** |

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 5:07-cv-02814 (JF)

WHEREAS, Plaintiff and Defendants Atlas Realty, Alvin Silbernagel, and Samantha Trevino (collectively, the "Parties") have reached a settlement agreement in the above captioned case ("Settlement Agreement");

WHEREAS, as part of that Settlement Agreement, the Parties agree that the Complaint should be dismissed with prejudice;

WHEREAS, the Court entered an order on March 19, 2008, dismissing all claims against Defendant World Savings Bank, FSB; and

WHEREAS, on May 23, 2008, the Court granted defendants' unopposed Motions for Good Faith Settlement Determination;

ACCORDINGLY, the Parties hereby stipulate and this Court hereby adjudges as follows:

1. The Parties in the above captioned matter have entered into a Settlement Agreement;

2. The United States District Court for the Northern District of California shall retain exclusive jurisdiction to enforce the Parties' Settlement Agreement;

3. Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice;

4. Except as provided in the Settlement Agreement, the Parties shall bear their own costs and attorneys' fees associated with the litigation of this matter.

Dated: May 28, 2008                     WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        By:  /s/ Brian Danitz
                                             Brian Danitz

                                        Attorneys for Plaintiff
                                        JUAN CUEVAS

Dated: May 28, 2008                     CARLSON LAW GROUP, INC.

                                        By:  /s/ Mark C. Carlson
                                             Mark C. Carlson

                                        Attorneys for Defendants
                                        ATLAS REALTY, ALVIN SILBERNAGEL
                                        and SAMANTHA TREVINO

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2008, at Palo Alto, California.

          /s/ Brian Danitz
          Brian Danitz

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Jeremy Fogel
United States District Judge