| | |
|---|---|
| 1 | ANNETTE D. KIRKHAM, State Bar No. 217958 |
|   | LAW FOUNDATION OF SILICON VALLEY |
| 2 | 111 West Saint John Street, No. 315 |
|   | San Jose, California  95113 |
| 3 | Telephone:   (408) 293-4790 |
|   | Facsimile:    (408) 293-0106 |
| 4 | annettek@lawfoundation.org |
| 5 | BART E. VOLKMER, State Bar No. 223732 |
|   | BRIAN DANITZ, State Bar No. 247403 |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 7 | 650 Page Mill Road |
|   | Palo Alto, California  94304-1050 |
| 8 | Telephone:   (650) 493-9300 |
|   | Facsimile:    (650) 565-5100 |
| 9 | bdanitz@wsgr.com |
| 10 | Attorneys for Plaintiff |
|    | JUAN CUEVAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JUAN CUEVAS, | ) | Case No. 5:07-cv-02814 (JF) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATED DISMISSAL OF** |
| v. | ) | **COMPLAINT WITH PREJUDICE** |
|  | ) |  |
| ATLAS REALTY/FINANCIAL SERVICES, | ) |  |
| INCORPORATED, a California corporation, | ) |  |
| dba ATLAS REALTY, dba ATLAS | ) |  |
| FINANCIAL SERVICES, ALVIN CLAIR | ) |  |
| SILBERNAGEL, and SAMANTHA | ) |  |
| TREVINO, WORLD SAVINGS, INC., | ) |  |
| dba WORLD SAVINGS BANK, FSB and | ) |  |
| DOES 1 to 100, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 5:07-cv-02814 (JF)

1  WHEREAS, Plaintiff and Defendants Atlas Realty, Alvin Silbernagel, and Samantha Trevino (collectively, the "Parties") have reached a settlement agreement in the above captioned case ("Settlement Agreement");

WHEREAS, as part of that Settlement Agreement, the Parties agree that the Complaint should be dismissed with prejudice;

WHEREAS, the Court entered an order on March 19, 2008, dismissing all claims against Defendant World Savings Bank, FSB; and

WHEREAS, on May 23, 2008, the Court granted defendants' unopposed Motions for Good Faith Settlement Determination;

ACCORDINGLY, the Parties hereby stipulate and this Court hereby adjudges as follows:

1. The Parties in the above captioned matter have entered into a Settlement Agreement;

2. The United States District Court for the Northern District of California shall retain exclusive jurisdiction to enforce the Parties' Settlement Agreement;

3. Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice;

4. Except as provided in the Settlement Agreement, the Parties shall bear their own costs and attorneys' fees associated with the litigation of this matter.

Dated:  May 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Brian Danitz
        Brian Danitz

Attorneys for Plaintiff
JUAN CUEVAS

Dated:  May 28, 2008

CARLSON LAW GROUP, INC.

By: /s/ Mark C. Carlson
        Mark C. Carlson

Attorneys for Defendants
ATLAS REALTY, ALVIN SILBERNAGEL
and SAMANTHA TREVINO

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 5:07-cv-02814 (JF)

- 1 -

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2008, at Palo Alto, California.

/s/ Brian Danitz
Brian Danitz

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 5/30/08

The Honorable Jeremy Fogel
United States District Judge

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 5:07-cv-02814 (JF)

- 2 -