1  ANNETTE D. KIRKHAM, State Bar No. 217958
   LAW FOUNDATION OF SILICON VALLEY
2  111 West Saint John Street, No. 315
   San Jose, California  95113
3  Telephone:  (408) 293-4790
   Facsimile:   (408) 293-0106
4  annettek@lawfoundation.org

5  BART E. VOLKMER, State Bar No. 223732
   BRIAN DANITZ, State Bar No. 247403
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, California  94304-1050
8  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
9  bdanitz@wsgr.com

10 Attorneys for Plaintiff
   JUAN CUEVAS

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

16 | JUAN CUEVAS,                                    | Case No. 5:07-cv-02814 (JF)
17 |                 Plaintiff,
                                                     | **STIPULATED DISMISSAL OF**
18 |         v.                                      | **COMPLAINT WITH PREJUDICE**

19 | ATLAS REALTY/FINANCIAL SERVICES,
     INCORPORATED, a California corporation,
20 | dba ATLAS REALTY, dba ATLAS
     FINANCIAL SERVICES, ALVIN CLAIR
21 | SILBERNAGEL, and SAMANTHA
     TREVINO, WORLD SAVINGS, INC.,
22 | dba WORLD SAVINGS BANK, FSB and
     DOES 1 to 100,
23 |
                     Defendants.
24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 5:07-cv-02814 (JF)

1. WHEREAS, Plaintiff and Defendants Atlas Realty, Alvin Silbernagel, and Samantha Trevino (collectively, the "Parties") have reached a settlement agreement in the above captioned case ("Settlement Agreement");

WHEREAS, as part of that Settlement Agreement, the Parties agree that the Complaint should be dismissed with prejudice;

WHEREAS, the Court entered an order on March 19, 2008, dismissing all claims against Defendant World Savings Bank, FSB; and

WHEREAS, on May 23, 2008, the Court granted defendants' unopposed Motions for Good Faith Settlement Determination;

ACCORDINGLY, the Parties hereby stipulate and this Court hereby adjudges as follows:

1. The Parties in the above captioned matter have entered into a Settlement Agreement;

2. The United States District Court for the Northern District of California shall retain exclusive jurisdiction to enforce the Parties' Settlement Agreement;

3. Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice;

4. Except as provided in the Settlement Agreement, the Parties shall bear their own costs and attorneys' fees associated with the litigation of this matter.

Dated: May 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Brian Danitz
    Brian Danitz

Attorneys for Plaintiff
JUAN CUEVAS

Dated: May 28, 2008

CARLSON LAW GROUP, INC.

By: /s/ Mark C. Carlson
    Mark C. Carlson

Attorneys for Defendants
ATLAS REALTY, ALVIN SILBERNAGEL
and SAMANTHA TREVINO

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 5:07-cv-02814 (JF)

- 1 -

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2008, at Palo Alto, California.

                                                /s/ Brian Danitz
                                                Brian Danitz

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 5/30/08

_____
The Honorable Jeremy Fogel
United States District Judge